RAFIQ SABIR
Federal Correctional Institution, Milan
Post Office Box 1000
Milan, Michigan 48160

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

RAFIQ SABIR, PETITIONER,          )          PETITION FOR HABEAS CORPUS
                                  )          RELIEF UNDER TITLE 28 USC §2241
        v                         )
                                  )      Case: 2:25-cv-11393
WARDEN RARDIN, FCI MILAN,         )      Assigned To : Goldsmith, Mark A.
                                  )      Referral Judge: Patti, Anthony P.
RESPONDENT                        )      Assign. Date : 5/13/2025
                                  )      Description: HC RAFIQ SABIR V RARDIN (SS)
                                  )

## I  OVERVIEW

1. PETITIONER, RAFIQ SABIR is a federal inmate at FCI Milan, Michigan.

2. PETITIONER SABIR alleges he is being held in prison at this time in violation of the law.

3. Case Manager Lessard at FCI Danbury, Connecticut recommended on the record that PETITIONER SABIR receive 18 to 22 months halfway house, and accordingly should have been in halfway house at 22-months in December 2024 with release date October 2026.

4. Case Manager Mrs. Cowan has refused to even submit PETITIONER SABIR to Residential Reentry Manager for halfway house placement.

## II  FACTS

5. PETITIONER RAFIQ SABIR was arrested 28 May 2005 and found guilty at trial of violating TITLE 18 USC §2339B by conspiring to and attempting to provide material support to F.T.O.; subsequently, he was sentenced to 300 months imprisonment.

6. Through calculation of good time credit PETITIONER SABIR'S release date has been set for October 2026.

**POOR QUALITY ORIGINAL**

7. In or around June 2019 Case Manager Lessard at FCI Danbury gave PETITIONER SABIR in writing his recommendation that SABIR get 18 to 22 months in halfway house.

8. Recommendation for halfway house with in FBOP are honored among prisons.

9. After arriving at FCI Milan in February 2024 for Life Connections Program, (a religious-based rehabilitation program), PETITIONER SABIR informed Mrs. Cowan that Mr. Lessard recommended for him 18 to 22 months halfway house, to which Mrs. Cowan responded, "That's his opinion."

10. PETITIONER SABIR then submitted written Inmate Request form to Mrs. Cowan for 18 to 22 months halfway house, giving her reasons why he needed it. Mrs. Cowan wrote that SABIR eligible for 271 to 365 days halfway house, in violation of the law.

11. Her assessment is in violation of Second Chance Act, by which halfway house is determined under RRC Placement based on 5 Factors.

12. Second Chance Act calculation for RRC Placement as per Program Statement 7310.09 "Starts all cases at the 3 months mark and adjust[ed] accordingly":
Sentence Length 180+ months: Add 3 [months to halfway house time]
Adjustment/Conduct: Positive or Much Improved: Add 1 [month]
Program Participation: Continual Programming: Add 1
Community Resources: Needs to Establish a Release Residence: Add 1
Needs to Establish Release Employment: Add 1
Has limited Finances: Add 1
Has Limited Visits Add 1
Has Medical Needs that may Complicated Finding Employment: Add 1
Total months halfway house = 13 months

13. PETITIONER SABIR has 5 years of clear conduct; has an extensive record of programming including during covid and currently in Life Connections Program at FCI Milan and participates in Suicide Cadre (monitoring inmates on suicide watch), and continues taking classes above and beyond what LCP requires; is listed as homeless in Reentry Affairs and Probation Offices; all finances generously provided by family will not be available upon release; only one visit in past 12 months; medical conditions including cancer, sciatica with nerve damage, urinary bladder dysfunction as a result requiring self-catheterization 4 to 6 times a day complicated by frequent urinary infections, severe episodes incapacitating dizziness, Left hip replacement, chronic lung disease.

14. PETITIONER SABIR gave Case Manager Mrs. Cowan Inmate Request and e-mail delineating his personal needs upon release since actual time given for halfway house is related to needs.

15. PETITIONER SABIR was living in Boca Raton, Florida when he was arrested, but his criminal trial was in Southern District of New York. His release address is with his wife and their two sons in Pembroke Pines, Florida, but he was not successful in getting probation moved to Florida. He has no resources in New York that could lead to residence in New York, so he is homeless.

16. PETITIONER SABIR worked as Emergency Room physician prior to arrest. In order to possibly resume working as a physician he will need extensive retraining to compensate 20 years in prison and catch up with current state of medical practice. This will take a lot of time, possibly more than a year, and then likely supervised practice before licensing.

17. PETITIONER SABIR also needs more halfway house because he is reaching the end of his life expectancy of 75 or 76 years; this year he will be 71. Although many people live beyond life expectancy it is unpredictable. He would like to spend time with children and grandchildren; presently, he has 6 grandchildren from his oldest daughter and his younger daughter is expected to deliver her first child in May 2025. Mr. Lessard promised PETITIONER SABIR 18 to 22 months; 18 months in halfway house would allow him to be available to help his daughter during labor and after the baby is born and may be difficult to manage.

18. PETITIONER SABIR's daughter called Residential Reentry Manager Patrick McFarland about getting placed in halfway house immediately in order to help her and her husband when the baby is born.

19. SABIR's daughter told him that on call back from McFarland's office they were surprised that a request for halfway house has not been submitted.

20. In January 2025 Case Manager Mrs. Cowan told Sabir that in March 2025 she would start working on his case, which she said does not mean submitting a request for halfway house placement.

Administrative Remedies

21. PETITIONER SABIR filed all required administrative remedies on This issue, but did not get any responses. By failing to respond, SABIR's unit team and Warden Rardin violated the Constitution of the United States First Amendment substantive right to petition government. As per Supreme Court decision in Ross V. Blake, SABIR filed all remedies available to him. Copies of administrative remedies filed are herein attached.

22. PETITIONER SABIR discussed failure to respond to administrative remedies with Mr. Osland, Administrative Remedy Coordinator. Osland directed him to Unit Team Manager Lea, who merely said "I have not seen anything come across my desk".

23. After sending institutional e-mail to Mr. Osland regarding failure to respond PETITIONER SABIR filed administrative remedies complaining of failure of unit team and Warden Rardin to respond to administrative remedies requesting more half way house time. These administrative remedies also got no response; BP-10 and BP-11 rejected because of no BP.9 response.

24. Warden Rardin is responsible for ensuring That inmate requests for administrative remedies are responded to in a timely manner. In This case Warden Rardin himself is guilty of not responding as well as failure to ensure unit team responded. Copies of administrative remedies attached herein.

PRAYER TO THE COURT

25. PETITIONER SABIR prays That This COURT enjoin FCI Milan to immediately submit request to Residential Reentry Manager for 18 months halfway house in light of facts listed above.

26. PETITIONER SABIR also prays That This COURT declare unit team and Warden Rardin are in violation of First Amendment and Administrative Procedures Act by refusing to respond to SABIR's administrative remedies submitted for halfway house placement and failure to respond.

ATTESTATION

27, PETITIONER SABIR attests to facts included herein as true under penalty of perjury.

_____  #55312·066
RAFIQ  SABIR
FCI Milan, Michigan 48160

7 March 2025
Date

-5-

RAFIQ SABIR
Federal Correctional Institution, Milan
Post Office Box 1000
Milan Michigan 48160

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN

RAFIQ SABIR, PETITIONER )
)
v. )
)
WARDEN RARDIN, FCI MILAN, )
)
RESPONDENT )
)

ADDENDUM TO PETITION
FOR HABEAS CORPUS RELIEF
UNDER TITLE 28 § 2241
Case No. _____

1. On 7 March 2025 Petitioner RAFIQ SABIR filed motion under 28 USC § 2241 asking this Court to intervene in illegal action of FCI Milan Michigan recommending only 271 to 365 days halfway house for Petitioner SABIR in flagrant disregard of his needs as required by Second Chance Act.

2. Petitioner SABIR now comes to This Court to ADDEND his Petition due to Warden Rardin's memo 4 April 2025 now restricting halfway house to any and all inmates to maximum of 60 days in violation of Second Chance Act requiring halfway house time designated according to need. See attached Memo.

3. In original Petition SABIR used Second Chance Act method of calculation in paragraph 12 to determine that he needs at least 13 months. Due to limits set by Second Chance Act he is limited to 12 months, but requested more due to unusual needs and earlier recommendation by Case Manager Lessard for SABIR to get 18 to 22 months halfway house.

4. In order to designate 60 days Warden Rardin ignored the law and capriciously placed a cap of 60 days in reckless disregard of need. This was an abuse of discretion.

5. Such action by Warden Rardin was ruled illegal in Krueger v. Martinez, 665 F. Supp. 2d 477 in Middle District of Pennsylvania 3 September 2009, whereby the court granted habeas corpus relief and directed BOP to reconsider the length of RRC placement.

6. Judge Sylvia H. Rambo noted Second Chance Act "requires the BOP to issue regulations which ensure that placement in a RRC is [1] conducted in a manner consistent with §362(b) of this title; [2] determined on an individual basis; and [3] of sufficient duration to provide the greatest likelihood of successful reintegration into the community." Id. §3624(c)(6)."

7. According to this decision by Warden Rardin and the statute quoted above, Petitioner SABIR is not being provided with "greatest likelihood of successful reintegration into the community" with 60 days, nor 271 days. SABIR contends that even 365 days will be very difficult for him with no job, no home, no money, and with many serious health issues at 71 years of age and 20 years in prison. See paragraphs 13-17 in original petition.

8. In Loper Bright Enters v. Raimondo, 219 L. Ed 2d 832, — US — decided 28 June 2024 the Supreme Court ruled that agencies cannot interpret law to suit their political goals. As stated in Krueger, the Courts must interpret the law using its own judgment.

9. The Second Chance Act clearly states how how halfway house time for SABIR must be calculated; and according to that he should get no less than 12 months.

10. On information and belief Warden Rardin and FBOP allege motivation to restrict halfway house time is budgetary constraints.

11. Such a claim is unreasonable because it costs more to keep inmates in prison than halfway house, and home confinement costs even less. Warden Rardin's actions thus increase costs rather than reduce them.

12. According to the National BOP Halfway House Rep, the Eastern Ohio Correctional Center asserts, "halfway houses currently have capacity and could expand without needing new contracts with the BOP." Furthermore, he says "something that confuses [him] as he says that halfway houses cost less than housing someone at a BOP facility..." See attached e-mail.

13. Based on this e-mail, Warden Rardin's and FBOP's decision was irrational from a budgetary stand point. Warden Rardin might be trying to increase income for FCI Milan, which would then increase the Federal Budget. From this viewpoint Wardin Rardin's interests would conflict with interests of FBOP and the Federal Government to reduce costs.

14. Petitioner SABIR asserts that unreasonable monetary goals of Warden Rardin that run counter to interests of SABIR and other inmates as well as interests of the Federal Government should not be considered in determining halfway house time for SABIR and other inmates.

15. Petitioner SABIR is a participant in Life Connections Program, (LCP), a religiously based 18 month rehabilitation program which uses halfway house time as an incentive to potential participants. On information and belief this program provides significant revenue per capita for FCI Milan. In removing the incentive Warden may be inadvertently causing the demise of L.C.P with consequent loss of the revenue.

### PRAYER FOR RELIEF

16. Petitioner RAFIQ SABIR prays that this Court declare Warden Rardin's action of limiting maximum halfway house time to 60 days regardless of need and the law to be in violation of Second Chance Act.

17. SABIR also prays this Court to declare Warden Rardin and unit team in violation of Administrative Procedures Act and First Amendment substantive Right to Petition Government by refusing to respond to Administrative remedies submitted by Petitioner SABIR.

18. Petitioner SABIR prays this Court to enjoin FCI Milan to unequivocally request 12 months halfway house for him.

Respectfully Submitted

RAFIQ SABIR FCI Milan Michigan

8 April 2025
Date

# FCI Milan
# Inmate Bulletin

This is to inform the inmate population at FCI Milan that effective immediately, **all inmates releasing to the community under Second Chance Act (SCA) authority after April 21, 2025, will have their dates adjusted to reflect a maximum of 60 days RRC placement.** Moving forward, all RRC referrals submitted under Second Chance Act authority (SCA) will be for a maximum of 60 days with the exception that inmates participating in the Residential Drug Abuse Program (RDAP) will have their release via 3621e CMPL transfer date reduced to allow for a 125-day placement in the RRC in order to facilitate the completion of TDAP.

Inmates who have earned and are eligible to apply FTCs towards pre-release custody will continue to be referred to the community for the amount of time earned under the First Step Act (FSA) plus 60 days Second Chance Act (SCA).

While these circumstances are regrettable, they are being implemented Bureau wide and are **necessary in order to address ongoing and projected budget constraints.**

Further guidance will be disseminated as it is received.

Thank you,

TRULINCS ~~████████~~ ~~████████~~, ~~████████~~ Unit: MIL-A-B

--------------------------------------------------------------------------------

FROM: ~~████████~~
TO: ~~████████~~
SUBJECT: Halfway house time and prison union
DATE: 04/03/2025 12:51:08 PM

Before the news, I want to hear from those who are still not getting 300 free phone minutes a month AND are in or on a waiting list for a class/productive activity that has been approved as fulfilling a need identified in your last program review (SPARC-13). If you are not, were you told a reason why (like a disqualifying charge)? I want a feel for how widespread this is.

Below is some news I assume you have heard about to some degree, but may offer more detail:

HALFWAY HOUSE TIME

The Federal Bureau of Prisons is currently facing significant pressure to operate within its $8.3 billion budget, which remains unchanged from the previous year due to a continuing resolution. As a result, the BOP is grappling with the challenge of managing its resources amid understaffing and deteriorating facilities. In light of these constraints, the BOP has decided to limit the prerelease custody period for inmates under the Second Chance Act to a maximum of 60 days, significantly reducing the time eligible inmates can spend in halfway houses or home confinement.

While the BOP may be able to find places to cut its budget, it must do so in an environment where it is understaffed, overworked and in crumbling buildings. Now the BOP is facing the reality that no new money is coming its way and one of the casualties of this strategy is to cut halfway house placement of inmates. The BOP gave internal guidance to all of its 120 prisons that the Second Chance Act prerelease custody is to be capped at 60 days, a blow to those inmates who are eligible for up to a year of prerelease custody. The BOP's statement read:

"In response to ongoing budget constraints, all individuals releasing to the community under Second Chance Act (SCA) authority after April 21, 2025, will have their dates adjusted and reduced to a maximum of 60 days. However, First Step Act placements will continue as planned.

Individuals who have completed the Residential Drug Abuse Program (RDAP) will have their transfer date reduced to allow for a 125-day placement in the Residential Reentry Center (RRC)."

Second Chance Act Explained

The Second Chance Act, enacted during President George W. Bush's administration and later expanded by the First Step Act, allowed inmates to transition into the community for up to a year.

Recent reports indicate that capacity issues at halfway houses are being cited as a reason for the reduction in prerelease time, a claim disputed by community leaders like Phillip Nunes, executive director of the Eastern Ohio Correction Center and president of the International Community Justice Association. Nunes asserts that halfway houses currently have capacity and could expand without needing new contracts with the BOP. This is similar to what former Acting Director Hugh Hurwitz stated in a piece in the Atlanta Journal-Constitution. He emphasizes that the proposed 60-day limit is insufficient for inmates, particularly those who have spent decades in prison, to secure housing and employment.

With the passage of both the Second Chance Act and First Step Act, the BOP became more reliant on halfway houses but has failed to expand that capacity over the past five years.

Nunes said that his members were caught off guard. "We have had a great relationship with the BOP over the years," Nunes said, "as our members have worked through problems with the BOP falling behind on its payments to halfway houses." Nunes told me that it was not uncommon for the BOP to be 120-180 days late on paying halfway house contractors, where the majority of money paid under the contract goes toward staffing. The BOP acknowledged some issues associated with late payments because of a new account payables software. "It has been difficult to run these halfway houses, many of which are non-profits, without a line of credit if you're doing work with the BOP," Nunes said, "you can't staff your organization properly when the funds are so stretched out."

That the BOP is limiting halfway house placement is something that confuses Nunes as he says that halfway houses cost less than housing someone at a BOP facility and even less for those on home confinement. "Pam Bondi [Attorney General] said at her confirmation hearing that she wanted to expand the use of halfway houses," Nunes said, "and this move is not only counter to her comments but I'm not sure how it actually saves any money."

*Sixth Mag Appl Grantd RCMD halfway house*

TRULINCS 55312066 - SABIR, RAFIQ - Unit: MIL-A-A

---------------------------------------------------------------------------------

FROM: 55312066
TO: A Unit Team
SUBJECT: ***Request to Staff*** SABIR, RAFIQ, Reg# 55312066, MIL-A-A
DATE: 05/17/2024 08:49:22 AM

To: Case Manager Dew
Inmate Work Assignment: Rec. Orderly

Today is 17 May 2024. My release date is October 2026. When I was in FCI Danbury, Connecticut my case manager Mr. Lessard visited me in SHU around June 2019 and gave me a paper recommending for me 18 to 22 months halfway house. Please give me an idea as to when this would happen. Thank you.

BP-A0148
JUNE 10

**INMATE REQUEST TO STAFF** CDFRM

**U.S. DEPARTMENT OF JUSTICE**                    **FEDERAL BUREAU OF PRISONS**

| TO:(Name and Title of Staff Member) *Ms. Cowan, Case Manager* | DATE: *11 September 2024* |
|---|---|
| FROM: *RAFIQ SABIR* | REGISTER NO.: *55312·066* |
| WORK ASSIGNMENT: *Rec. Weekend Orderly* | UNIT: *A* |

SUBJECT: (Briefly state your question or concern and the solution you are requesting. Continue on back, if necessary. Your failure to be specific may result in no action being taken. If necessary, you will be interviewed in order to successfully respond to your request.

*See attached printed e-mail.*

*Thank you.*

(Do not write below this line)

DISPOSITION:

*9/22 You have been reviewed under the 2nd Chance Act and you have been found eligible for 271-365 days for RRC placement.*

| Signature Staff Member | Date |
|---|---|
| | |

Record Copy - File; Copy - Inmate

PDF                                    Prescribed by P5511

This form replaces BP-148.070 dated Oct 86
and BP-S148.070 APR 94

FILE IN SECTION 6 UNLESS APPROPRIATE FOR PRIVACY FOLDER            **SECTION 6**

TRULINCS  55312066 - SABIR, RAFIQ - Unit: MIL-A-A

---------------------------------------------------------------------------------

FROM: 55312066
TO: H Unit Team
SUBJECT: ***Request to Staff*** SABIR, RAFIQ, Reg# 55312066, MIL-A-A
DATE: 09/11/2024 01:34:59 PM

To: Ms. Cowan
Inmate Work Assignment: Rec. Wkend orderly

Today is 11 September 2024.  I am sending this e-mail to you with regard to my half way house needs.  I informed you previously while I was in your office that my case manager at FCI Danbury Mr. Lessard recommended that I get 18 to 22 months of half way house.  You said that you will not do any evaluation until I have 17 to 19 months remaining on my sentence, which obviously would not allow for me to get the half way house time promised to me.  As I understand FBOP regulations, you must follow what I was promised by Mr. Lessard.  You indicated that you did not feel any obligation to fulfill that promise.  In any event, I want to impress on you my need by listing some of my issues.  First, I want to remind you that what Mr. Lessard recommended is not outside of what other inmates have gotten; therefore your assertion that evaluation for half way house would be done at 17 to 19 months is not a rule that you must follow.  Again, I want to remind you that I have been in prison since 28 May 2005, or nearly 20 years.  Also I am in Life Connections Program, through which many inmates have gotten significantly more than a year of half way house.  In truth I am homeless, and I am only able to use the address in Florida which is owned by my previous wife due to her desire to help me.  My son Isa is 26 years old, and according to my religious standards he is the man of the house.  Also according to my religion I am not suppose to share a house with a woman to whom I am not married, albeit we intend to discuss getting married again without any guarantees.  My comfort as a Muslim with living there is because she is a travelling nurse and spends most of her time away.  Another major issue is I am a physician and I had a license to practice medicine in Florida.  I am hoping to reactivate my license, but after being in prison for 20 years at the very least I would have to take expensive classes and probably have to work for a time as an extern, making it at least a year to get licensed and cost me thousands of dollars.  In addition, I have cancer and other significant health challenges that I hope will not be an obstacle to work; but I will need to see specialist and I am sure it will take time to determine my needs.  Finally, I am 70 years old, so I will have reached the limits of my life expectancy.  I have children and grand children to catch up with, and I may not have much time left in this life.  Please try and make it happen for me to get to half way house quickly.  Thank you for your time and attention.

NCS  55312066 - SABIR, RAFIQ - Unit: MIL-A-A

--------------------------------------------------------------------------------

ROM: 55312066
TO: H Unit Team
SUBJECT: ***Request to Staff*** SABIR, RAFIQ, Reg# 55312066, MIL-A-A
DATE: 01/15/2025 11:49:53 AM

To: Mrs. Cowan, Case Manager
Inmate Work Assignment: Rec. Wkend orderly

Today is 15 January 2025.  You gave me a projection of 271 to 365 days halfway house.  I gave you my reasons in writing as for why I need more time.  I want to formally request earlier release based on Elderly Release Date, as I am 71 years old this year, so I should qualify for that please let me know what date I would have for halfway house after taking that into consideration.
Thank you for your time and attention.

Per the 2nd Chance Act, you were reviewed and recommended for 271-365 day RRC placement.

The Elderly Offender date was part of CARES Act.
CARES is no longer applicable.

MIL-1330.16.6
September 18, 2012
Page 7

Attachment B/Part 1
FCI/FDC Milan, Michigan
**Attempt at Informal Resolution**

REMEDY # _____

Inmate's Name: _RAFIQ SABIR_____

Registration Number: _55312-066___  Housing Unit: _A_____

## ATTEMPT AT INFORMAL RESOLUTION:

1.  Briefly state the complaint and requested corrective actions. My release date is October 2026. Mr. Lessard recommended 18-22 months halfway house for me. Ms Cowan says she will not evaluate me for halfway house until 17 to 19 months, making it impossible for me to get 18 to 22 months promised to me. I need 18-22 months due to reasons I enumerated in e-mail/copout to Ms. Cowan. Resolution: Give me 18-22 months halfway house. Thank you.

2.  Document your efforts to resolve the matter to include policies reviewed. Note any reasons an informal resolution could not be achieved. e-mail/cop out

Inmate Signature: _____Mu_____  Date: 24 September 2024

Inmate Printed Name: _RAFIQ SABIR_____

Unit Counselor Signature: _____  Date:_____

Unit Counselor Printed Name: _____

11-19-24
A. Ro-

**U.S. Department Of Justice**
Federal Bureau of Prisons

**Request For Administrative Remedy**

---

*Type or use ball-point pen. If attachments are needed, submit four copies. Additional instructions on reverse.*

From: SABIA, RAFIQ         55312.066         A         FCI Milan
      LAST NAME, FIRST, MIDDLE INITIAL      REG. NO.      UNIT      INSTITUTION

Part A- INMATE REQUEST On 4 November 2024 I submitted BP-8 asking Case Manager Cowan to honor recommendation of Case Manager Lessard for me to get 18 to 22 months halfway house. This was second BP-8 as first filed 31 September 2024 was not answered. Second filed at direction of Mr. Osland, Administrative Remedy Coordinator; when there was no response again Mr. Osland directed me to talk with Unit Manager Lea. Still, I have no response. On "copout" Mrs. Cowan said I am eligible for all to 365 days, despite my detailed extraordinary need. Please direct Mrs. Cowan to honor Mr. Lessard's recommendation and submit request for me to get 18 to 22 months halfway house. Thank you.

19 November 2024                              _____
DATE                                          SIGNATURE OF REQUESTER

**Part B - RESPONSE**



_____                    _____
DATE                                       WARDEN OR REGIONAL DIRECTOR

*If dissatisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.*

ORIGINAL: RETURN TO INMATE                          CASE NUMBER: _____

**Part C - RECEIPT**
                                                   CASE NUMBER: _____

Return to: _____
           LAST NAME, FIRST, MIDDLE INITIAL      REG. NO.      UNIT      INSTITUTION

SUBJECT: _____

_____                    _____
DATE                                       RECIPIENT'S SIGNATURE (STAFF MEMBER)

FPI-PEPR                                                        BP-229(13)
                                                               APRIL 1982

REJECTION NOTICE - ADMINISTRATIVE REMEDY

DATE: FEBRUARY 6, 2025

FROM: ADMINISTRATIVE REMEDY COORDINATOR
      NORTH CENTRAL REGIONAL OFFICE

TO  : RAFIQ SABIR, 55312-066
      MILAN FCI    UNT: 7 LCP    QTR: A02-209L
      P.O. BOX 9999
      MILAN, MI 48160

FOR THE REASONS LISTED BELOW, THIS REGIONAL APPEAL
IS BEING REJECTED AND RETURNED TO YOU. YOU SHOULD INCLUDE A COPY
OF THIS NOTICE WITH ANY FUTURE CORRESPONDENCE REGARDING THE REJECTION.

REMEDY ID      : 1228056-R1    REGIONAL APPEAL
DATE RECEIVED  : FEBRUARY 5, 2025
SUBJECT 1      : RESIDENTIAL REENTRY CENTER REFERRALS
SUBJECT 2      :
INCIDENT RPT NO:

REJECT REASON 1: YOU DID NOT PROVIDE A COPY OF THE ATTACHMENTS TO YOUR
                 INSTITUTION ADMINISTRATIVE REMEDY REQUEST (BP-9).

REJECT REASON 2: YOU DID NOT ATTEMPT INFORMAL RESOLUTION PRIOR TO SUBMISSION
                 OF ADMINISTRATIVE REMEDY, OR YOU DID NOT PROVIDE THE
                 NECESSARY EVIDENCE OF YOUR ATTEMPT AT INFORMAL RESOLUTION.

REJECT REASON 3: YOU MUST FIRST FILE A BP-9 REQUEST THROUGH THE INSTITUTION
                 FOR THE WARDEN'S REVIEW AND RESPONSE BEFORE FILING AN APPEAL
                 AT THIS LEVEL.

REJECT REASON 4: YOU DID NOT PROVIDE A COPY OF YOUR  INSTITUTION
                 ADMINISTRATIVE REMEDY REQUEST (BP-9) FORM OR  A COPY
                 OF THE (BP-09) RESPONSE FROM THE WARDEN.

REJECT REASON 5: YOU MAY RESUBMIT YOUR APPEAL IN PROPER FORM WITHIN
                 10 DAYS OF THE DATE OF THIS REJECTION NOTICE.

REMARKS        : THERE IS NO RECORD OF YOU FILING THIS APPEAL AT THE
                 INSTITUTION FIRST.
                 PLEASE RESOLVE ERRORS AND RESUBMIT.

Given - copy on
2/24/25

U.S. Department of Justice

Federal Bureau of Prisons

**Regional Administrative Remedy Appeal**

Type or use ball-point pen. If attachments are needed, submit four copies. One copy of the completed BP-229(13) including any attachments must be submitted with this appeal.

From: SAGR, RAFIQ     55312-060     A     FCI Milan
      LAST NAME, FIRST, MIDDLE INITIAL      REG. NO.      UNIT      INSTITUTION

**Part A - REASON FOR APPEAL** Attached are photocopies of BP-9 and BP-9 provided to my unit team...

_____         _____
DATE                                    SIGNATURE OF REQUESTER

**Part B - RESPONSE**

RECEIVED
FEB 05 2025

_____         _____
DATE                                    REGIONAL DIRECTOR

If dissatisfied with this response, you may appeal to the General Counsel. Your appeal must be received in the General Counsel's Office within 30 calendar days of the date of this response.

THIRD COPY: WARDEN'S ADMINISTRATIVE REMEDY FILE      CASE NUMBER: _____

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**Part C - RECEIPT**

                                     CASE NUMBER: _____

Return to: _____
          LAST NAME, FIRST, MIDDLE INITIAL        REG. NO.        UNIT        INSTITUTION

SUBJECT: _____

_____         _____
DATE                  SIGNATURE, RECIPIENT OF REGIONAL APPEAL

UPN LVN                                                    BP-230(13)
                                                          JUNE 2002

REJECTION NOTICE - ADMINISTRATIVE REMEDY

DATE: FEBRUARY 20, 2025

FROM: ADMINISTRATIVE REMEDY COORDINATOR
      CENTRAL OFFICE

TO  : RAFIQ SABIR, 55312-066
      MILAN FCI    UNT: 7 LCP
      P.O. BOX 9999
      MILAN, MI 48160

FOR THE REASONS LISTED BELOW, THIS CENTRAL OFFICE APPEAL
IS BEING REJECTED AND RETURNED TO YOU. YOU SHOULD INCLUDE A COPY
OF THIS NOTICE WITH ANY FUTURE CORRESPONDENCE REGARDING THE REJECTION.

REMEDY ID      : 1224453-A1      CENTRAL OFFICE APPEAL
DATE RECEIVED  : FEBRUARY 20, 2025
SUBJECT 1      : OTHER COMMUNITY PROGRAMS
SUBJECT 2      :
INCIDENT RPT NO:

REJECT REASON 1: ██████████████████████████████ AND/OR INSTITUTION
                 FOR REJECTION. FOLLOW DIRECTIONS PROVIDED ON PRIOR REJECTION
                 NOTICES.

REMARKS        : THERE IS NO RECORD OF YOU FILING THIS APPEAL AT THE
                 INSTITUTION FIRST.
                 PLEASE RESOLVE ERRORS AND RESUBMIT.

U.S. Department of Justice

Central Office Administrative Remedy Appeal

Federal Bureau of Prisons

Type or use ball-point pen. If attachments are needed, submit four copies. One copy each of the completed BP-229(13) and BP-230(13), including any attachments must be submitted with this appeal.

From: SABIR, RAFIQ     55312-066     A     FCI Milan
    LAST NAME, FIRST, MIDDLE INITIAL    REG. NO.    UNIT    INSTITUTION

**Part A - REASON FOR APPEAL** I filed BP-8, BP-9 BP-10 asking for more half way house time and I did not receive response to any of them. Copies attached herein. Mr. Lessard was my case manager and he gave me in writing recommendation form to have 18 to 2 months half way house. My current case manager Mrs. Cowan dismisses Mr. Lessard's recommendation and writes that I am eligible for 27 to 30 days. According to Second Chance Act I am eligible for minimum of 12 months. In addition I gave Mrs. Cowan an Inmate Request Form and further defines my need for additional halfway house time. I am appealing to you Director FBOP to direct Mr. Cowan to honor Mr. Lessard's recommendation and to immediately submit the form for my placement in half way house. Thank you.

12 February 2025
DATE

SIGNATURE OF REQUESTER

**Part B - RESPONSE**

DATE          GENERAL COUNSEL

THIRD COPY: WARDEN'S ADMINISTRATIVE REMEDY FILE    CASE NUMBER: _____

**Part C - RECEIPT**

CASE NUMBER: 1224453

Return to: _____
    LAST NAME, FIRST, MIDDLE INITIAL    REG. NO.    UNIT    INSTITUTION
SUBJECT: _____

DATE          SIGNATURE OF RECIPIENT OF CENTRAL OFFICE APPEAL

UPN LVN

BP-231(13)
JUNE 2002

Exhibit - Administrative Remedy Inquiry *staff to answer admin. rem.*

TRULINCS 55312066 - SABIR, RAFIQ - Unit: MIL-A-A

---------------------------------------------------------------------------------

FROM: 55312066
TO: Warden
SUBJECT: ***Request to Staff*** SABIR, RAFIQ, Reg# 55312066, MIL-A-A
DATE: 10/18/2024 08:30:45 AM

To: Mr. Osland, Admin. Remedy Coordinator
Inmate Work Assignment: Rec. Wkend Orderly

Today is 18 October 2024. On 21 September I sent BP-8 to Case Manager Cowan, and to date I have not received a response.
Please contact Ms. Cowan and tell me why my admininstrative remedy has not been answered. Thank you.
Also, on 1 October I filed BP-9 regarding SPO purchase through chapel, and I did not get a response from the Warden, nor
have I been given a receipt. Please look into that and give me an update on that if you will. Thank you for your time and
attention.

BP-A0148
DEC 23
**U.S. DEPARTMENT OF JUSTICE**

**INMATE REQUEST TO BUREAU EMPLOYEE**

**FEDERAL BUREAU OF PRISONS**

| TO:(Name and Title of Employee) | DATE: |
|---|---|
| Mc Wland Jennifer Coordinator | 29 October 2024 |
| FROM: | REGISTER NO.: |
| RAFIG JABIR | 55312-006 |
| WORK ASSIGNMENT: Weekend Orderly Recreation | UNIT: A |

SUBJECT: (Briefly state your question or concern and the solution you are requesting.
Continue on back, if necessary.  Your failure to be specific may result in no action being
taken.  If necessary, you will be interviewed in order to successfully respond to your
request. On 18 October I sent electronic mail as inmate request to you asking you to
get a response for me regarding BP-8 I sent to Case Manager Ms. Cowan 21 September.
I need a response so that I may proceed with administrative remedy process as
established by Congress in order to rectify Ms. Cowan's unjust determination of my
half way house needs. Time is critical in my case because delay would make my
appeal on This issue moot. Thank you for your time and attention.

(Do not write below this line)

DISPOSITION:

| Employee Signature | Date |
|---|---|
| | |

Record Copy - File; Copy - Inmate

PDF                              Prescribed by P5511

**FILE IN SECTION 6 UNLESS APPROPRIATE FOR PRIVACY FOLDER**    **SECTION 6**

TRULINCS  55312066 - SABIR, RAFIQ - Unit: MIL-A-A

--------------------------------------------------------------------------------

FROM: Warden
TO: 55312066
SUBJECT: RE:***Inmate to Staff Message***
DATE: 12/06/2024 12:27:02 PM

Please allow adequate time to process BP-9's. It may take up to 20 days from the time they are recieved.

--------------------------------------------------------------------------------

From: ~^! SABIR, ~^!RAFIQ <55312066@inmatemessage.com>
Sent: Monday, December 2, 2024 12:22 PM
Subject: ***Request to Staff*** SABIR, RAFIQ, Reg# 55312066, MIL-A-A

To: Mr. Osland, Admin Remedy Coordinator
Inmate Work Assignment: Rec. Wkend Orderly

Today is 2 December 2024.  Over two weeks ago I filed two BP-9's and I have not received any receipt for them.  The first was
in regards to my half way house time; I spoke with you about it because I did not receive a BP-8 response, and you told me to
submit another one.  Still, I did not get any response, so I filed the BP-9 along with a copy of the BP-8 that I believed you had
assured me I would get a response.  The second one was in regards to a BP-8 I filed because my unit team is obstructing my
substantive First Amendment Right to petition government by refusing to respond to my BP-8's.  They refused to respond to that
one as well, so I attached a copy of it to the second BP-9.  CFR code says that the Warden is responsible for seeing that my
unit team responds to administrative remedies.  In lieu of that I hope that the Warden will respond to my BP-9's, but that will be
in vain if I cannot even get a receipt for the BP-9's from the Warden.  Please give me receipt for the BP-9's.  Thank you.

Attachment B/Part 1
FCI/FDC Milan, Michigan
**Attempt at Informal Resolution**

REMEDY # _____

Inmate's Name: RAFIQ SABIR

Registration Number: #55312 066    Housing Unit: A

**ATTEMPT AT INFORMAL RESOLUTION:**

1.    Briefly state the complaint and requested corrective actions. My unit team is not answering my informal administrative remedy, Thereby obstructing my substantive constitutional right to petition government, because as a result of not responding I cannot proceed with formal remedy as required by APA. I submitted BP8 on 21 September 2024 That went unanswered; I sent e-mail to Mr. Orland, administrative remedy coordinator, Then resubmitted BP-8 4 November 2024 at his behest which has not been answered. Then I spoke with Unit Manager Mr. Lee as directed by Mr. Orland, and still I have no response. Relief Requested: Give me response to BP-8 Submitted 4 November 2024, Thank you.

2.    Document your efforts to resolve the matter to include policies reviewed. Note any reasons an informal resolution could not be achieved. as noted above

Inmate Signature: _____    Date: 14 November 2024

Inmate Printed Name: RAFIQ SABIR #55312-066

Unit Counselor Signature: _____    Date: _____

Unit Counselor Printed Name: _____

U.S. Department Of Justice

Federal Bureau of Prisons

**Request For Administrative Remedy**

*Type or use ball-point pen. If attachments are needed, submit four copies. Additional instructions on reverse.*

From: SABIR , RAFIZ     55312-066    A     FCI Milan
      LAST NAME, FIRST, MIDDLE INITIAL      REG. NO.     UNIT      INSTITUTION

**Part A- INMATE REQUEST** On 14 November 2024 I filed BP-8 complaining that my unit team is obstructing my substantive First Amendment Right to petition government by refusing to respond to my informal administrative remedy (BP-8). According to CFR it's Warden's responsibility to ensure that responses are made to administrative remedies in a timely manner. I had several discussions with Mr. Osland, Administrative Remedy Coordinator in this regard as well as Unit Manager Lea. Please direct my unit team to respond to pending administrative remedies. Thank you &

19 November 2024
DATE                             SIGNATURE OF REQUESTER

**Part B - RESPONSE**

_____            _____
DATE                            WARDEN OR REGIONAL DIRECTOR

*If dissatisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.*

ORIGINAL: RETURN TO INMATE              CASE NUMBER: _____

**Part C - RECEIPT**

                                    CASE NUMBER: _____

Return to: _____
          LAST NAME, FIRST, MIDDLE INITIAL       REG. NO.      UNIT      INSTITUTION

SUBJECT: _____

_____            _____
DATE                         RECIPIENT'S SIGNATURE (STAFF MEMBER)

BP-229(13)
APRIL 1982

FPI-PEPR          PRINTED ON RECYCLED PAPER

REJECTION NOTICE - ADMINISTRATIVE REMEDY

DATE: JANUARY 7, 2025


FROM: ADMINISTRATIVE REMEDY COORDINATOR
      NORTH CENTRAL REGIONAL OFFICE

TO  : RAFIQ SABIR, 55312-066
      MILAN FCI    UNT: 7 LCP     QTR: A02-209L
      P.O. BOX 9999
      MILAN, MI 48160


FOR THE REASONS LISTED BELOW, THIS REGIONAL APPEAL
IS BEING REJECTED AND RETURNED TO YOU. YOU SHOULD INCLUDE A COPY
OF THIS NOTICE WITH ANY FUTURE CORRESPONDENCE REGARDING THE REJECTION.


REMEDY ID      : 1224453-R1      REGIONAL APPEAL
DATE RECEIVED  : JANUARY 3, 2025
SUBJECT 1      : OTHER COMMUNITY PROGRAMS
SUBJECT 2      :
INCIDENT RPT NO:

REJECT REASON 1: YOU DID NOT ATTEMPT INFORMAL RESOLUTION PRIOR TO SUBMISSION
                 OF ADMINISTRATIVE REMEDY, OR YOU DID NOT PROVIDE THE
                 NECESSARY EVIDENCE OF YOUR ATTEMPT AT INFORMAL RESOLUTION.

REJECT REASON 2: YOU MUST FIRST FILE A BP-9 REQUEST THROUGH THE INSTITUTION
                 FOR THE WARDEN'S REVIEW AND RESPONSE BEFORE FILING AN APPEAL
                 AT THIS LEVEL.

REJECT REASON 3: YOU DID NOT PROVIDE A COPY OF YOUR  INSTITUTION
                 ADMINISTRATIVE REMEDY REQUEST (BP-9) FORM OR  A COPY
                 OF THE (BP-09) RESPONSE FROM THE WARDEN.

REJECT REASON 4: YOU MAY RESUBMIT YOUR APPEAL IN PROPER FORM WITHIN
                 10 DAYS OF THE DATE OF THIS REJECTION NOTICE.

REMARKS        : THERE IS NO RECORD OF YOU FILING THIS APPEAL AT THE
                 INSTITUTION FIRST.
                 PLEASE RESOLVE ERRORS AND RESUBMIT.

**U.S. Department of Justice**

Federal Bureau of Prisons

**Regional Administrative Remedy Appeal**

Type or use ball-point pen. If attachments are needed, submit four copies. One copy of the completed BP-229(13) including any attachments must be submitted with this appeal.

From: SABIR, RAFIG     55312 066     A     FCI Milan

      LAST NAME, FIRST, MIDDLE INITIAL    REG. NO.    UNIT    INSTITUTION

**Part A - REASON FOR APPEAL** The law requires FBOP to respond to administrative remedies in a timely manner. I filed three informal remedies on Feb Bi-7's since November. In such circumstances I am permitted to "go to the next level" and ask that the entire responsible particular remained to respond. As such, I request that you would like/unable to respond included in the At least _____

_____

_____

_____

_____

_____

_____ DATE           SIGNATURE OF REQUESTER

**Part B - RESPONSE**

JAN 03 2025

_____ DATE           REGIONAL DIRECTOR

If dissatisfied with this response, you may appeal to the General Counsel. Your appeal must be received in the General Counsel's Office within 30 calendar days of the date of this response.

THIRD COPY: WARDEN'S ADMINISTRATIVE REMEDY FILE     CASE NUMBER: _____

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**Part C - RECEIPT**

CASE NUMBER: _____

Return to: _____

        LAST NAME, FIRST, MIDDLE INITIAL     REG. NO.     UNIT     INSTITUTION

SUBJECT: _____

_____ DATE           SIGNATURE, RECIPIENT OF REGIONAL APPEAL

BP-230(13)
JUNE 2002

UPN LVN

REJECTION NOTICE - ADMINISTRATIVE REMEDY

DATE: FEBRUARY 20, 2025

FROM: ADMINISTRATIVE REMEDY COORDINATOR
      CENTRAL OFFICE

TO  : RAFIQ SABIR, 55312-066
      MILAN FCI      UNT: 7 LCP
      P.O. BOX 9999
      MILAN,  MI 48160

FOR THE REASONS LISTED BELOW, THIS CENTRAL OFFICE APPEAL
IS BEING REJECTED AND RETURNED TO YOU. YOU SHOULD INCLUDE A COPY
OF THIS NOTICE WITH ANY FUTURE CORRESPONDENCE REGARDING THE REJECTION.

REMEDY ID      : 1228056-A1      CENTRAL OFFICE APPEAL
DATE RECEIVED  : FEBRUARY 20, 2025
SUBJECT 1      : RESIDENTIAL REENTRY CENTER REFERRALS
SUBJECT 2      :
INCIDENT RPT NO:

REJECT REASON 1:                                    AND/OR INSTITUTION
                 FOR REJECTION. FOLLOW DIRECTIONS PROVIDED ON PRIOR REJECTION
                 NOTICES.

REMARKS        : THERE IS NO RECORD OF YOU FILING THIS APPEAL AT THE
                 INSTITUTION FIRST.
                 PLEASE RESOLVE ERRORS AND RESUBMIT.

U.S. Department of Justice

Federal Bureau of Prisons

**Central Office Administrative Remedy Appeal**

Type or use ball-point pen. If attachments are needed, submit four copies. One copy each of the completed BP-229(13) and BP-230(13), including any attachments must be submitted with this appeal.

From: SABIR, RAFIQ     55212 066     A     FCI Milan
       LAST NAME, FIRST, MIDDLE INITIAL     REG. NO.     UNIT     INSTITUTION

**Part A - REASON FOR APPEAL** I have a substantive First Amendment right to petition government. I notified Administrative Remedy Coordinator Mr. Osler that my right was being blocked by Unit Team and I did not get a response. I filed BP-8 on this issue and Unit Team did not respond. I filed BP-9 on this issue and Warden did not respond; I filed BP-10 on this issue and Regional Director did not respond. My complaint to National Director is thus: my substantive First Amendment Right to petition government has been blocked at every level. Attached are copies of documents mentioned above: a copy of administrative remedies requesting more mail way-hodi time (no response); copies of administrative remedies complaining that I was denied meals (no response).

Relief Requested: Direct Unit Team and Warden at FCI Milan to respond immediately to outstanding administrative remedies as required by law. Thank you

5 February 2025
DATE

_____
SIGNATURE OF REQUESTER

**Part B - RESPONSE**

_____
DATE

_____
GENERAL COUNSEL

THIRD COPY: WARDEN'S ADMINISTRATIVE REMEDY FILE     CASE NUMBER: _____

**Part C - RECEIPT**

CASE NUMBER: 1_280-6

Return to: _____
       LAST NAME, FIRST, MIDDLE INITIAL     REG. NO.     UNIT     INSTITUTION

SUBJECT: _____

_____
DATE

_____
SIGNATURE OF RECIPIENT OF CENTRAL OFFICE APPEAL

BP-231(13)
JUNE 2002

UPN LVN

*Denial to Transfer Case to Florida*

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
### PROBATION OFFICE

**Riselda R. Ruiz**
**Chief U.S. Probation Officer**
**Wilkie D. Ferguson, Jr. U.S. Courthouse**
**400 North Miami Avenue**
**Ninth Floor South**
**Miami, Florida 33128**

REPLY TO:
U.S. Courthouse
299 East Broward Boulevard, Suite 409
Ft. Lauderdale, Florida 33301-1865
(954) 769-5500

October 22, 2024

J. Cowan, Case Manager
4004 East Arkona Road
Milan, MI 48160

RE: Sabir, Raqiq
SD FL PACTS NO.: 85151
PRE-RELEASE REQUEST- Denied
REG: 55312-066

Case Manager Cowan,

In reference to your request for a pre-release relocation investigation on the above inmate, this officer investigated the plan and did not find it acceptable for supervision in the Southern District of Florida.

The undersigned traveled to the provided address of 16272 NW 15th Street, Pembroke Pines, FL in an attempt to speak to the inmate's son, Rafiq Sabir. Although there were 2 vehicles in the driveway, there was no answer at the door nor on the ring type doorbell. Contact was also attempted at the provided number, 516-643-6103 and a voice message was left. To date, there has been no contact from the inmate's son. According to the PSR, the inmate has other family he can reach out to.

The inmate has other family members and another release plan, closer to his release date, should be investigated to determine if residing with them is suitable. The main goal is for the inmate to be placed in a situation where he has a positive pro social support system where he can be provided with ongoing, and constant support he will need upon release.

It is recommended he reach out to other family members to discuss the possibility of residing with them. If you have any questions, or need further information, please contact this officer at the number listed below.

Sincerely,

~~Okun~~
United States Probation Officer

Reviewed and Approved by: _____
Jeffrey J. Feldman, Supervisory
United States Probation Officer
Office: (954) 769-5525

RAFIQ SABIR

Federal Correctional Institution, Milan

Post Office Box 1000

Milan, Michigan 48160

26 December 2024

*more halfway house time*

R R M

Residential Reentry Office

201 Varick Street, Room 849

New York, New York 10014

Dear Madam/Sir,

I am a Federal inmate currently incarcerated in federal correctional institution Milan. I am expected to complete my term of confinement October 2026, and I am writing to appeal for more halfway house time. Although no request has yet been submitted, my case manager Mrs. Cowan wrote that I am eligible for 271 to 365 days in halfway house. A previous case manager Mr. Lessard wrote in 2019 that he recommended 18 to 22 months, but my current case manager will not honor that, without explanation given.

I was arrested in Boca Raton, Florida 28 May 2005 and found guilty at trial 2007 in SDNY of violating §2339B by conspiring to and attempting to provide material support to F.T.O. I was sentenced to 300 months imprisonment. In particular, I am a physician, and my conspiracy was to treat members of alQaeda. I am not eligible for FSA. My release address is with my wife and our two adult sons in Pembroke Pines, Florida, but the court declined to transfer my case to Florida. I intend to reactivate my license to practice medicine in Florida. I am now 70 years old and expect to collect social security retirement benefits. In order to requalify for my license I expect to need expensive review courses and possibly a year of externship. This is my primary obstacle to reintegrating into society. If I am required to go to New York, as currently indicated by probation department, then I will be homeless because I have no prospect of anyone that I know in New York to use their home for my release address. This is my second major obstacle to getting reintegrated into society.

Since my incarceration I have remained nonviolent. Despite cancer in 2020, total hip replacement in 2015, a severe episode of sciatica in 2023 leaving me with nerve damage and a nonfunctional bladder, I remain active and independent; but I will need a moderately high level of health care outside of prison.

Over the past 20 years I have completed numerous courses, far above what would have been required by F.B.O.P., culminating with my current participation in Life Connections Program, which is 18 months long religious based rehabilitation here at FCI Milan. In addition to multiple extensive rehabilitation classes, I am required to complete at least 500 hours of community service, for which in 6 months I have nearly 60% completed already. There is no reduction in sentence for participation in L.C.P., but I did hope that I might get more half way house time; the program director frequently says participants should get a year, even though he himself has no input in that decision.

Finally, I wish to emphasize my age, and the consequent fact that I am very close to the end of my life expectancy. Therefore, I request more time in halfway house so that I might get to spend some quality time with my children and grandchildren before I die.

Thank you for your time and attention.

Respectfully Yours,

RAFIQ SABIR # 55312-066

*Record of Program Participation*



| **Individualized Needs Plan - Program Review** | **(Inmate Copy)** | SEQUENCE: 01041340 |
|---|---|---|
| Dept. of Justice / Federal Bureau of Prisons | | Team Date: 02-03-2025 |
| Plan is for inmate: SABIR, RAFIQ  55312-066 | | |

| Facility: | MIL MILAN FCI | Proj. Rel. Date: | 10-27-2026 |
|---|---|---|---|
| Name: | SABIR, RAFIQ | Proj. Rel. Mthd: | GOOD CONDUCT TIME |
| Register No.: | **55312-066** | DNA Status: | ASH02886 / 04-06-2011 |
| Age: | 70 | | |
| Date of Birth: | 07-04-1954 | | |

## Detainers

| Detaining Agency | Remarks |
|---|---|
| NO DETAINER | |

## Inmate Photo ID Status

| Full status incomplete - Expiration: null |
|---|

## Current Work Assignments

| Facl | Assignment | Description | Start |
|---|---|---|---|
| MIL | SUIC CADRE | SUICIDE CADRE COMPANION | 09-16-2024 |
| MIL | WKN REC OR | RC ORD 730-930/130-330/630-830 | 09-16-2024 |

## Current Education Information

| Facl | Assignment | Description | Start |
|---|---|---|---|
| MIL | ESL HAS | ENGLISH PROFICIENT | 04-01-2008 |
| MIL | GED HAS | COMPLETED GED OR HS DIPLOMA | 04-01-2008 |

## Education Courses

| SubFacl | Action | Description | Start | Stop |
|---|---|---|---|---|
| MIL | | RPP6 SUICIDE CADRE | 09-13-2024 | CURRENT |
| MIL | | LCP MON-FRI 12-4 PM | 07-18-2024 | CURRENT |
| MIL | | MONDAY NIGHT LCP (A) | 07-18-2024 | CURRENT |
| MIL | | THURSDAY NIGHT LCP (A) | 07-18-2024 | CURRENT |
| MIL LCP | C | RPP1 STEP AEROBICS | 04-17-2024 | 05-12-2024 |
| MIL LCP | C | RPP 4 INSTITUTION A&O | 02-17-2024 | 02-17-2024 |
| LOR | C | THE GREAT COURSES DVD SERIES | 12-11-2023 | 01-04-2024 |
| LOR | C | THE GREAT COURSES DVD SERIES | 09-18-2023 | 11-09-2023 |
| LOR | C | THE GREAT COURSES DVD SERIES | 06-20-2023 | 07-24-2023 |
| LOR | C | THE GREAT COURSES DVD SERIES | 02-07-2023 | 06-06-2023 |
| LOR | C | V-SPORTS NUTRITION | 03-01-2023 | 06-13-2023 |
| LOR | C | CPR CERTIFICATION CLASS | 09-21-2022 | 10-01-2022 |
| LOR | C | V-PERSONAL TRAINER | 05-09-2022 | 08-28-2022 |
| LOR | C | S-SERVSAVE FOOD HAND CERT | 03-16-2022 | 05-19-2022 |
| BUH MS | C | INTRODUCTION TO HOBBYCRAFT | 06-07-2021 | 06-11-2021 |
| DAN M | C | HYDROPONIC GARDENING | 10-22-2018 | 12-19-2018 |
| DAN M | C | INTRODUCTION TO FRENCH | 06-04-2018 | 07-24-2018 |
| DAN M | C | INTRODUCTION TO MARKETING | 04-03-2017 | 05-25-2017 |
| DAN M | C | ARABIC LANGUAGE CLASS II | 12-06-2016 | 01-23-2017 |
| DAN M | C | VT HORTICULTURE PROGRAM | 08-25-2016 | 12-02-2016 |
| DAN M | C | BUSINESS & PLANNING | 11-14-2016 | 12-02-2016 |
| DAN M | C | FLORAL DESIGN | 10-26-2016 | 11-10-2016 |
| DAN M | C | VEGETABLE/FRUIT GARDEN | 10-18-2016 | 10-25-2016 |
| DAN M | C | LAWN AND TURF MANAGEMENT | 10-13-2016 | 10-17-2016 |
| DAN M | C | PLANT & GARDEN DESIGN | 10-04-2016 | 10-12-2016 |
| DAN M | C | CONTAINER GROWN PLANTS | 09-29-2016 | 10-03-2016 |
| DAN M | C | INTEGRATED PEST MANAGEMENT | 09-22-2016 | 09-28-2016 |
| DAN M | C | GREENHOUSE OPERATIONS & MGMT. | 09-19-2016 | 09-21-2016 |
| DAN M | C | PLANT PROPOGATION | 09-09-2016 | 09-16-2016 |
| DAN M | C | PLANT SCIENCE | 08-31-2016 | 09-09-2016 |
| DAN M | C | INTRODUCTION TO HORTICULTURE | 08-25-2016 | 08-31-2016 |
| DEV MED | C | NFPT RPP1/HLTH | 12-15-2015 | 03-01-2016 |
| DEV MED | C | GETTING IT RIGHT WITH TAXES | 10-08-2015 | 10-22-2015 |
| DEV MED | C | ACE FOOD MGMT ASIAN | 03-30-2015 | 04-27-2015 |



**Individualized Needs Plan - Program Review (Inmate Copy)**

Dept. of Justice / Federal Bureau of Prisons

Plan is for inmate: SABIR, RAFIQ 55312-066

SEQUENCE: 01041340

Team Date: 02-03-2025

| SubFacl | Action | Description | Start | Stop |
|---|---|---|---|---|
| DAN M | W | CHAPLAIN SUPPORT SERVICES APP. | 12-17-2014 | 03-12-2015 |
| ASH | C | CHESS CLASS @ FCI | 04-06-2013 | 05-25-2013 |
| ASH | C | (A)KEYBOARDING-CAI | 03-19-2013 | 05-16-2013 |
| ASH | C | (A)BASIC COMP SKILLS VISTA-CAI | 03-19-2013 | 05-16-2013 |
| ASH | C | ACE-CRITICAL DECISION MAKING 2 | 06-19-2012 | 08-14-2012 |
| ASH | C | ACE-CRITICAL DECISION MAKING | 03-06-2012 | 05-15-2012 |
| ASH | C | WORLD WAR II | 02-08-2012 | 04-18-2012 |
| ASH | C | WORLD WAR I | 11-30-2011 | 02-29-2012 |
| ASH | C | ACE ACCOUNTING II | 12-05-2011 | 02-06-2012 |
| ASH | C | ACE FCI HISTORY OF AVIATION | 10-04-2011 | 12-06-2011 |
| ASH | C | ACE-SHAKESPEARE ON FILM | 07-18-2011 | 09-26-2011 |
| ASH | C | ACCOUNTING | 05-24-2011 | 06-28-2011 |
| ASH | C | HISTORY OF VIETNAM WAR | 03-22-2011 | 05-05-2011 |
| ASH | C | ACE ELL (ELEC.LAW LIB) ORIENT. | 02-08-2011 | 02-08-2011 |
| ASH | C | BUSINESS WORKSHOP 3 | 01-11-2011 | 03-01-2011 |
| ASH | C | SALES SKILLS | 10-28-2010 | 01-04-2011 |
| ASH | C | BASIC COMMUNICATION SKILLS | 11-15-2010 | 01-04-2011 |
| ASH | C | BUSINESS WORKSHOP 2 | 08-19-2010 | 10-14-2010 |
| ASH | C | BUSINESS WORKSHOP 1 | 04-13-2010 | 05-20-2010 |
| ASH | C | BG TENNISCLASSFCI | 07-28-2009 | 07-28-2009 |
| ASH | C | TABLE TENNIS INSTRUCTION CLASS | 05-04-2009 | 07-13-2009 |
| ASH | C | HISTORY OF BASEBALL | 04-22-2009 | 07-07-2009 |
| ASH | C | AGILITY CLASS FCI | 04-06-2009 | 04-06-2009 |

## Discipline History (Last 6 months)

| Hearing Date | Prohibited Acts |
|---|---|

** NO INCIDENT REPORTS FOUND IN LAST 6 MONTHS **

## Current Care Assignments

| Assignment | Description | Start |
|---|---|---|
| CARE1-MH | CARE1-MENTAL HEALTH | 03-12-2015 |
| CARE2 | STABLE, CHRONIC CARE | 05-18-2021 |

## Current Medical Duty Status Assignments

| Assignment | Description | Start |
|---|---|---|
| C19-T NEG | COVID-19 TEST-RESULTS NEGATIVE | 10-15-2020 |
| NO PAPER | NO PAPER MEDICAL RECORD | 10-21-2020 |
| REG DUTY W | REGULAR DUTY W/MED RESTRICTION | 07-14-2023 |
| YES F/S | CLEARED FOR FOOD SERVICE | 05-18-2021 |

## Current Drug Assignments

| Assignment | Description | Start |
|---|---|---|
| DRG I NONE | NO DRUG INTERVIEW REQUIRED | 03-20-2008 |
| ED NONE | DRUG EDUCATION NONE | 07-14-2020 |

## FRP Payment Plan

| Most Recent Payment Plan |
|---|

**FRP Assignment: COMPLT FINANC RESP-COMPLETED Start: 06-30-2008**

| Inmate Decision: **AGREED** | **$25.00** | Frequency: **QUARTERLY** |
|---|---|---|
| Payments past 6 months: | **$0.00** | Obligation Balance: **$0.00** |

**Financial Obligations**

| No. | Type | Amount | Balance | Payable | Status |
|---|---|---|---|---|---|
| 1 | ASSMT | $200.00 | $0.00 | IMMEDIATE | COMPLETEDZ |

** NO ADJUSTMENTS MADE IN LAST 6 MONTHS **

## FRP Deposits



## Individualized Needs Plan - Program Review    (Inmate Copy)

Dept. of Justice / Federal Bureau of Prisons

Plan is for inmate: SABIR, RAFIQ  55312-066

SEQUENCE: 01041340

Team Date: 02-03-2025

Trust Fund Deposits - Past 6 months:  $ N/A          Payments commensurate ?   N/A

New Payment Plan:   ** No data **

### Current FSA Assignments

| Assignment | Description | Start |
|---|---|---|
| AWARD | EBRR INCENTIVE AWARD | 07-11-2023 |
| FTC INELIG | FTC-INELIGIBLE-REVIEWED | 11-18-2019 |
| INELIG AUT | FTC-INELIGIBLE OFF CODE - AUTO | 12-17-2019 |
| N-ANGER Y | NEED - ANGER/HOSTILITY YES | 02-03-2025 |
| N-ANTISO N | NEED - ANTISOCIAL PEERS NO | 02-03-2025 |
| N-COGNTV N | NEED - COGNITIONS NO | 02-03-2025 |
| N-DYSLEX N | NEED - DYSLEXIA NO | 05-28-2021 |
| N-EDUC N | NEED - EDUCATION NO | 02-03-2025 |
| N-FIN PV N | NEED - FINANCE/POVERTY NO | 02-03-2025 |
| N-FM/PAR N | NEED - FAMILY/PARENTING NO | 02-03-2025 |
| N-M HLTH N | NEED - MENTAL HEALTH NO | 02-03-2025 |
| N-MEDICL Y | NEED - MEDICAL YES | 02-03-2025 |
| N-RLF N | NEED - REC/LEISURE/FITNESS NO | 02-03-2025 |
| N-SUB AB N | NEED - SUBSTANCE ABUSE NO | 02-03-2025 |
| N-TRAUMA Y | NEED - TRAUMA YES | 02-03-2025 |
| N-WORK N | NEED - WORK NO | 02-03-2025 |
| R-MIN | MINIMUM RISK RECIDIVISM LEVEL | 02-03-2025 |

### Progress since last review

He was designated to FCI Milan on 2-12-2024. He is not currently employed or participating in programing due to just arriving. He has maintained clear conduct since April 2020.

### Next Program Review Goals

The Unit Team recommends the following: he enroll and participate in at least 2 programs that focus on needs addressed in your needs assessment, prior to 8-1-2025. It is recommended that he remain incident free through next program review.

### Long Term Goals

The Unit Team recommends the following: he complete at least 2 programs that focus on needs addressed in your needs assessment, prior to 10-27-2026. It is recommended that he remain incident free through his incarceration and save money each month for release.

### RRC/HC Placement

Recommended Placement in range greater than 270 days.
Consideration has been given for Five Factor Review (Second Chance Act):
- Facility Resources
- Offense
- Prisoner
- Court Statement
- Sentencing Commission

### Comments

Relocation was denied. Homeless to Florida.

RAFIQ SABIR #55312-066
Federal Correctional Institution, Milan
Post Office Box 1000
Milan, Michigan 48160

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

RAFIQ SABIR, PETITIONER

v.

WARDEN RARDAN, FCI MILAN

RESPONDENT

PETITION FOR HABEAS CORPUS
RELIEF UNDER TITLE 28 § 2241

Case No. _____

CERTIFICATION OF SERVICE

I am RAFIQ SABIR, PETITIONER in above caption case.
I mailed copy of enclosed PETITION to United States Attorney
at following address   8 April 2025 :

FILED
MAY 13 2025
CLERK'S OFFICE
DETROIT

Barbara L. McQuade
United States Attorney
Eastern District of Michigan
211 West Fort Street, Suite 2001
Detroit, Michigan 48227-3277

_____
RAFIQ SABIR #55312-066
Milan, Michigan

_____
8 April 2025
Date

