UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RAFIQ SABIR,

    Petitioner,

v.

Case No. 25-cv-11393
HON. MARK A. GOLDSMITH

WARDEN RARDIN,

    Respondent.
_____/

## JUDGMENT

Judgment is entered in accordance with the Opinion and Order entered on today's date. The case is closed.

    KINIKIA ESSIX
    CLERK OF THE COURT

By:  s/Joseph Heacox
    DEPUTY COURT CLERK

APPROVED:

s/Mark A. Goldsmith
MARK A. GOLDSMITH
UNITED STATES DISTRICT JUDGE

Dated: November 13, 2025